

# NUMBER 13-26-00417-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

STEPHEN GOODMAN,                                    Appellant,

v.

STEVE HARVEY AND FIRED
PIZZAS, LLC,                                        Appellee.

## ON APPEAL FROM THE COUNTY COURT AT LAW NO. 1
## OF TRAVIS COUNTY, TEXAS

# MEMORANDUM OPINION

**Before Chief Justice Tijerina and Justices Silva and Cron**
**Memorandum Opinion by Chief Justice Tijerina**

On April 17, 2026, appellant filed a notice of appeal attempting to appeal an order or judgment in trial court cause number C-1-CV-25-005509.[1] On April 21, 2026, the Clerk of the Court requested that appellant pay the $205.00 filing fee. On June 29, 2026, the Clerk of the Court again requested that appellant pay the $205.00 filing fee within ten days. *See* TEX. R. APP. P. 5 ("A party who is not excused by statute or these rules from paying costs must pay—at the time an item is presented for filing—whatever fees are required by statute or Supreme Court order. The appellate court may enforce this rule by any order that is just."); TEX. GOV'T CODE § 51.207 (delineating the required fees and costs in an appellate court). Appellant was further notified that if the filing fee was not paid within 10 days, the appeal would be dismissed. *See* TEX. R. APP. P. 42.3(c).

Also on July 10, 2026, the Clerk of the Court notified appellant that his brief was past due. Appellant was further notified that if appellant failed to reasonably explain the failure, the appeal would be dismissed for want of prosecution. *See id.* R.38.8(a)(1), 42.3(c).

To date, appellant has failed to pay the filing fee for the notice of appeal, failed to file a brief, and has failed to respond to the clerk's notices. This Court has the authority to dismiss an appeal because the appellant has failed to comply with a requirement of the appellate rules, a court order, or a notice from the clerk requiring a response or other action within a specified time. *See id.* R. 42.3(b), (c); *Smith v. DC Civil Constr., LLC*, 521

---

[1] This case is before the Court on transfer from the Third Court of Appeals pursuant to a docket-equalization order issued by the Supreme Court of Texas. *See* Tex Gov't Code §§ 22.220(a) (delineating the jurisdiction of appellate courts), 73.001 (granting the supreme court the authority to transfer cases from one court of appeals to another at any time that there is "good cause" for the transfer). We are bound by the precedent of the transferring court to the extent that it differs from our own. *See* Tex. R. App. P. 41.3.

S.W.3d 75, 76 (Tex. App.—San Antonio 2017, no pet.). Here, appellant has not paid the requisite filing fee, nor filed a brief, nor responded to other notices as required. Accordingly, we dismiss this appeal for want of prosecution. *See* TEX. R. APP. P. 42.3(b), (c).

JAIME TIJERINA
Chief Justice

Delivered and filed on the
6th day of August, 2026.